IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MARTIN D. RANDOLPH, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case No. 08-0786-CV-W-GAF |
| ) | |
| **TOTAL SODDING & SEEDING, INC.,** ) | |
| **AND JEREMY HYSELL, Agent, d/b/a** ) | |
| **C.A. Environmental & Construction** ) | |
| **Services, Inc., a/k/a C.A. Environmental,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

On March 11, 2009, this Court entered its Order directing Plaintiffs to show cause why the above referenced case should not be dismissed. To date, Plaintiffs have not filed a response. Accordingly, it is

ORDERED that the above referenced case is dismissed.

<u>s/ Gary A. Fenner</u>
Gary A. Fenner, Judge
United States District Court

DATED: March 30, 2009